UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRAD PARSONS

    VS                                                           Case No. 5:06cv217/RS/EMT

MICHAEL J. ASTRUE,[1]
Commissioner of the
Social Security Administration,
    Defendant.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on    April 11, 2007
Type of Motion/Pleading: MOTION FOR ENLARGEMENT OF TIME FOR 30 DAYS IN WHICH TO FILE A RESPONSE TO THE PLAINTIFF'S MEMORANDUM IN SUPPORT
Filed by:   Defendant          on 4/10/2007    Document #   15
( x )   Stipulated/Consented/Joint Pleading
RESPONSES: N/A

                                                  WILLIAM M. McCOOL, CLERK OF COURT

                                                  /s/ Teresa Cole
                                                  Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 12th day of April, 2007, that:

(a) The clerk of court is directed to change the docket to reflect that Michael J. Astrue substituted for Jo Anne B. Barnhart as Defendant.

(b) The requested relief is **GRANTED**. Defendant shall file a memorandum in opposition on or before **MAY 14, 2007.**

                                                  /s/ *Elizabeth M. Timothy*
                                                 **ELIZABETH M. TIMOTHY**
                                                 **UNITED STATES MAGISTRATE JUDGE**

---

[1] Michael J. Astrue succeeded Jo Anne B. Barnhart, and is presently the Commissioner of Social Security. Therefore, he is automatically substituted as Defendant. *See* Fed. R. Civ. P. 25(d)(1).